UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LATRINA A. NAPOLEON,**

**Plaintiff,**

**v.** **No. 4:26-cv-00952-P**

**UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF INSPECTOR GENERAL,**

**Defendant.**

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 22, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 13. The Magistrate Judge recommended dismissing the case because Plaintiff has failed to provide proof of proper service, despite multiple court orders requiring her to provide such proof or file an affidavit establishing good cause why such proof cannot be filed. Plaintiff filed an objection to the FCR on November 4, 2026. ECF No. 14.

The Court has conducted a *de novo* review of the following:

1. The pleadings and record;
2. The FCR of the United States Magistrate Judge (ECF No. 13);
3. Plaintiff's written objections to the FCR (ECF No. 14); and
4. The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court. Plaintiff still has not provided proof of service

that complies with the Federal Rules of Civil Procedure or established good cause for why such proof cannot be filed. Accordingly, it is **ORDERED** that Plaintiff's objections are **OVERRULED**, and the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

**SO ORDERED** on this **5th day of November 2026.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE